WYATT JOHNSON
Angstman Johnson PLLC
199 N. Capitol Blvd., Suite 200
Boise, ID 83702
Idaho Atty No. 5858

**Attorneys for Plaintiffs Sharon R. Hammer and James R. Donoval**

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| SHARON R. HAMMER and JAMES R. DONOVAL, husband and wife,<br><br>Plaintiffs,<br><br>vs.<br><br>CITY OF SUN VALLEY;<br>NILS RIBI, in his individual and official capacity;<br>DeWAYNE BRISCOE, in his individual and official capacity;<br><br>Defendants. | Case No. 1:13-cv-211-EJL<br><br>**STIPULATION FOR DISMISSAL** |

NOW COMES the Plaintiffs Sharon R. Hammer and James R. Donoval, and the

Defendants The City Of Sun Valley, Nils Ribi and DeWayne Briscoe, and pursuant to the terms

of that Mediation Settlement Agreement entered into on or about March 25, 2019 hereby do

agree to and stipulate to the dismissal of this matter, with prejudice, with all parties bearing their

own costs and fees.

_____
Attorneys for Plaintiffs Sharon R. Hammer
and James R. Donoval

_____
Attorneys for Defendants The City Of Sun
Valley, Nils Ribi and DeWayne Briscoe

*Mediation Settlement Agreement – Hammer & Donoval v. Sun Valley, Ribi & Briscoe - 6*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 4th day of April, 2019, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which sent a Notice of Electronic Filing to the following person(s):

- James R. Donoval jdonoval@aol.com
- Wyatt Johnson wyatt@angstman.com


_____
Jacob H. Naylor