UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| SHARON R. HAMMER and JAMES R. DONOVAL, husband and wife,<br><br>Plaintiffs,<br><br>v.<br><br>CITY OF SUN VALLEY; NILS RIBI, in his individual and official capacity; and DEWAYNE BRISCOE, in his individual and official capacity,<br><br>Defendants. | Case No. 1:13-cv-00211-EJL-REB<br><br>**ORDER** |

The parties having filed a Stipulation for Dismissal, and good cause appearing therefore, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the Stipulation for Dismissal (Dkt. 146) is **APPROVED** and that this case is **DISMISSED WITH PREJUDICE** with each party to bear its own attorney fees and costs.

DATED: April 4, 2019

Honorable Edward J. Lodge
U.S. District Judge

**ORDER**